Roy L. PERRY–BEY, Plaintiff—Appellant,

v.

Lieutenant J.R. JASINOWSKI, Virginia State Police; W. Raborge, Virginia State Police; S. Walker, Officer, Portsmouth Police Department; F.D. Davis, Magistrate, Fourth Judicial District; Patricia H. O'Boyle, Commonwealth Attorney's Office; Karin Horwatt, Commonwealth Attorney's Office; the Honorable Paul Fraim, Mayor, City of Norfolk; Harold P. Juren, Esquire, Chief Deputy City Attorney, Defendants—Appellees.

No. 05–2101.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 16, 2006.

Decided: Feb. 21, 2006.

Roy L. Perry–Bey, Appellant Pro Se. James Christian Stuchell, Office of the Attorney General of Virginia, Richmond, Virginia; Alfred William Bates, III, City Attorney's Office, Portsmouth, Virginia; Jeff Wayne Rosen, Pender & Coward, P.C., Virginia Beach, Virginia; Melvin Wayne Ringer, City Attorney's Office, Norfolk, Virginia, for Appellees.

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Roy L. Perry–Bey appeals the district court's judgment adopting the magistrate judge's recommendations and dismissing Perry–Bey's civil rights complaint. We have reviewed the report and recommendation, the district court's order and the record and affirm for the reasons cited by the district court. *See Perry–Bey v. Jasinowski,* No. CA–04–509–2 (E.D. Va. filed Sept. 20, 2005; entered Sept. 21, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*